UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT C. KANSPEDOS on behalf of himself and all others similarly situated,

    Plaintiff,

v.                              Case No. 4:20-cv-12298-SDK-RSW

GRAMMER INDUSTRIES, LLC, a South Carolina limited liability corporation,

    Defendant.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert C. Kanspedos and Defendant Grammer Industries, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

The parties have agreed that each party shall bear its own costs and attorney's fees.

Respectfully submitted this 12th day of September, 2024.

| *For Plaintiff Robert C. Kanspedos* | *For Defendant Grammer Industries, Inc.* |
|---|---|
| /s/ *Robert J. Neary* | /s/ *Nathan T. Horst* |
| Benjamin Widlanski, Esq. | Frederick W. Reif, Esq. |
| bwidlanski@kttlaw.com | frederick.reif@wilsonelser.com |
| Robert J. Neary, Esq. | Nathan T. Horst, Esq. |
| rn@kttlaw.com | nathan.horst@wilsonelser.com |
| **KOZYAK TROPIN &** | **WILSON ELSER MOSKOWITZ** |

| | |
|---|---|
| **THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile:  (305) 372-3508<br><br>Peter Prieto, Esq.<br>pprieto@podhurst.com<br>**PODHURST ORSECK, P.A.**<br>SunTrust International Center<br>One S.E. 3rd Ave., Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 358-2800<br>Facsimile:  (305) 358-2382<br><br>Paul F. Novak, Esq. (P39524)<br>pnovak@weitzlux.com<br>**WEITZ & LUXENBERG, P.C.**<br>25th Floor, The Fisher Building<br>3011 W. Grand Boulevard<br>Detroit, Michigan 48202 | **EDELMAN & DICKER LLP**<br>150 E 42nd Street<br>New York, NY 10017<br>Telephone: (212) 490-3000<br>Facsimile:  (212) 490-3038<br><br>Matthew High, Esq. (P82783)<br>matthew.high@wilsonelser.com<br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br>17197 N. Laurel Park Drive, Ste. 201<br>Livonia, MI 48152<br>Telephone: (313) 327-3100 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT C. KANSPEDOS on behalf of himself and all others similarly situated,

    Plaintiff,

v.                       Case No. 4:20-cv-12298-SDK-RSW

GRAMMER INDUSTRIES, LLC, a South Carolina limited liability corporation,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties Joint Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Stipulation"). Having reviewed the Stipulation and being otherwise fully advised of its premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED with prejudice**.
2. Each party will bear its own fees and costs.
3. This case is **CLOSED**.

**So ORDERED** this 13th day of September, 2024.

                                        s/Shalina D. Kumar
                                        Hon. Shalina D. Kumar
                                        United States District Judge